IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DALE DEAN GOINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARDEN MARTY ALLEN; and GEORGIA STATE PRISON,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 6:16-cv-158 |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **without prejudice**, based on Plaintiff's failure to follow this Court's Orders and failure to prosecute and **DENIES as moot** Plaintiff's Motion for Preliminary Injunction. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 20th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA